IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KENNETH EASTUM                                                                                          PLAINTIFF

v.                                              Case No. 4:19-cv-4155

ANDREW M. SAUL,
Commissioner, Social Security Administration                                                DEFENDANT

## JUDGMENT

Now on this 23rd day of July 2020, comes on for consideration the Report and Recommendation dated July 16, 2020, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 18. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety.[1] Accordingly, the Court hereby adopts the Report and Recommendation, reverses the decision of the Commissioner, and remands this case to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g) (2006).

If Plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, an application may be filed up to thirty (30) days after the judgment becomes "not appealable" (i.e., thirty (30) days after the sixty (60) day time for appeal has ended). *See Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S. Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B),(d)(2)(G).

**IT IS SO ORDERED**.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] Defendant filed an unopposed motion to reverse and remand this matter pursuant to sentence four of 42 U.S.C. § 405(g) (2006). Thus, the Court finds it need not wait the traditional fourteen days to entertain objections to the instant Report and Recommendation.